```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:03-00205-02

TOMMY MARCUM

**MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's letter form motion to enforce restitution payment schedule. (ECF No. 264). Defendant was ordered to pay restitution in the amount of $300,000.00, jointly and severally with his co-defendant, Wanda Marcum. Ms. Marcum filed the motion on behalf of her husband. According to the letter, the government seeks to increase the amount of Mr. Marcum's payments to $250.00 per month. However, according to the docket sheet in this matter, Mr. Marcum's last payment was for $100.00 on February 5, 2014. The court does notice that <u>Mrs. Marcum</u> entered into an installment payment agreement with the United States on April 16, 2020.

In order to aid the court in resolving defendant's motion, the government is directed to file a response to that motion no later than July 31, 2020.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, defendant, and the Probation Office of this court.

IT IS SO ORDERED this 6th day of July, 2020.

                ENTER:

                *David A. Faber* (signature)
                David A. Faber
                Senior United States District Judge